DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                           ) | No. 2:12-mj-158-CWH |
|         Plaintiff,        ) | |
|                           ) | |
| vs.                       ) | **ORDER RE: MOTION TO** |
|                           ) | **DISMISS COMPLAINT** |
| RICKEY WARD, and      ,   ) | |
| VICTOR A. GALLEGOS,       ) | |
|                           ) | |
|         Defendants.       ) | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and files this Motion for leave to dismiss the Criminal Complaint, pursuant to Fed. R. Crim. P. 48(a).  Upon review of the entire record, the United States has determined that, in the best interests of justice, the foregoing Criminal Complaint should be dismissed against Rickey Ward and Victor A. Gallegos without prejudice.

//

//

//

//

//

//

1

WHEREFORE, the United States requests that this Court confer its leave, as required under Rule 48(a) of Federal Rules of Criminal Procedure, and grant this motion to dismiss the Criminal Complaint without prejudice.

DATED this 19th day of November, 2014.

Respectfully Submitted,
DANIEL G. BOGDEN
United States Attorney

 /s/ Amber M. Craig
AMBER M. CRAIG
Assistant United States Attorney

## ORDER

It is so ordered.

DATED:  November 20, 2014          _____
United States Magistrate Judge